# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIAM HOWARD BALLARD, IV,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 70565

FILED

AUG 29 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Carolyn Ellsworth, Judge.

On June 2, 2016, appellant filed a notice of appeal. No appealable order was designated in the notice of appeal. Because appellant failed to designate an appealable order, we

ORDER this appeal DISMISSED.

_____ C.J.
Parraguirre

_____ , J.
Hardesty

_____ , J.
Pickering

cc:  Hon. Carolyn Ellsworth, District Judge
     William Howard Ballard, IV
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

16-26800